Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **05–17087–SJS**
**Chapter 7**

In re: Debtor(s) (name(s) used by the Debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sun E Kim<br>13817 SE 188th St<br>Renton, WA 98058 | Ki S Kim<br>13817 SE 188th St<br>Renton, WA 98058 |

Social Security No.:
  xxx–xx–1909                                               xxx–xx–8661

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **6/1/05.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: 8/31/05

Samuel J. Steiner
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This Court order grants a discharge to the person named as the Debtor. It is not a dismissal of the case and it does not determine how much money, if any, the Trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the Debtor a debt that has been discharged. For example, a creditor is not permitted to contact a Debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the Debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the Debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the Debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the Debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a Debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The Chapter 7 discharge order eliminates a Debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different Chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a Chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the Debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the Debtor;

g. Debts that the Bankruptcy Court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the Debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# BAE SYSTEMS
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0981-2          User: dornas              Page 1 of 2              Date Rcvd: Aug 31, 2005
Case: 05-17087                Form ID: b18              Total Served: 61
```

```
The following entities were served by first class mail on Sep 02, 2005.
db        +Sun E Kim,    13817 SE 188th St,    Renton, WA 98058-8043
aty       +Michael Yahng,    Han & Associates,    2101 N 55th St Ste 2,    Seattle, WA 98103-6264
aty       +Richard J Hayden,    1427 W 6th Ave,    Spokane, WA 99204-3303
tr        +Bruce P Kriegman,    600 University St #2100,    Seattle, WA 98101-4161
ust        US Trustee,    700 Stewart St Ste 5103,    Seattle, WA 98101-1271
sr        +DaimlerChrysler Services North America, LLC,    c/o Richard J Hayden PS,    1427 W Sixth Ave,
            Spokane, WA 99204-3303
jtdb      +Ki S Kim,    13817 SE 188th St,    Renton, WA 98058-8043
49812926   ADT,    P.O. Box 371956,    Pittsburgh, PA 15250-7956
49812928   AT & T Universal,    P.O. Box 45165,    Jacksonville, FL 32232-5165
49812929   Bank of America,    P.O. Box 2463,    Spokane, WA 99210-2463
49864021  +Bo C. Venetti,    17012 State Route 20,    Coupeville, WA 98239-9674
49812932  +Califomia Bank,    2399 Gateway Oaks, Dr. Suite I IO,    Sacramento, CA 95833-4232
49812933   Capital One,    P.O. Box 60067,    City Industry, CA 91716-0067
49812936   Chow Hounds, LLC,    9019 8Ih Ave. NW,    Seattle, WA 98117
49812937   Citi,    P.O. Box 6402,    The Lakes, NV 88901-6402
49812938   City of Seattle (Seattle City Light),    P.O. Box 34017,    Seattle, WA 98124-1017
49812939   City of Seattle (Seattle Public Utilities),    P.O. Box 34016,    Seattle, WA 98124-1016
49812940  +City of Seattle- Revenue & Consumer Affairs,    P.O. Box 34907,    Seattle, WA 98124-1907
49864023  +Courtney L. Dunlap,    1823 E. Madison St B-603,    Seattle, WA 98122-7507
49812941   Creative Media Alliance,    P.O. Box 20241,    Seattle, WA 98102-1241
49812942   Department of Labor and Industries,    P.O. Box 34226,    Seattle, WA 98124-1226
49812943  +Dish Network,    P.O. Box 7203,    Pasadena, CA 91109-7303
49864019   Elliot J. Heck,    420 N. 39' St. #101,    Seattle, WA 98103
49812945   Employment Security Department,    P.O. Box 34729,    Seattle, WA 98124-1729
49812946   Erickson Commercial Refrigeration,    4321 2d Ave. NW,    Seattle, WA 98107
49812947  +Fresh Juice Works,    11431 Rainier Ave. S.,    Seattle, WA 98178-3954
49812949   Han Sin Kim,    2604 NE 5' Ct.,    Renton, WA 98056
49812950   Home Depot Credit,    P.O. Box 6028,    The Lakes, NV 88901-6028
49812951   IRS,    Ogden, UT 84201-0039
49864024  +Jennifer L. Lightfoot,    6720 42 nd Ave S.,    Seattle, WA 98118-3212
49864026   Jose G. Mendoza,    150 22 dAve E #150,    Seattle, WA 98112
49864029   Juan C. Alezandre,    150 22 dAve E #150,    Seattle, WA 98112
49864027  +Juan Vaca Gutierrez,    1620 SW Barton St,    Seattle, WA 98106-2363
49864020   Kathryn Bell,    6500 I't Ave NW,    Seattle, WA 98117
49812952   Macrins,    2408 I st Ave.,    Seaftle, WA 98121
49812955  +Micros,    P.O. Box 23747,    Baltimore, MD 21203-5747
49864028  +Miguel Martinez,    9049 17th Ave SW,    Seattle, WA 98106-2383
49812956  +Noble Wines,    818 S. Dakota St.,    Seattle, WA 98108-5228
49812957  +Nordstrom,    P.O. Box 7914,    Phoenix, AZ 85011-7914
49812958  +Olympic Mountain Ice Cream,    301 E Wallace Kneeland Blvd. 4224-330,    Shelton, WA 98584-2985
49812959  +Puget Sound Energy,    P.O. Box 91269,    Bellevue, WA 98009-9269
49812960   Qwest,    P.O. Box 12480,    Seattle, WA 98111-4480
49812961  +Rabanco,    54 S. Dawson,    Seattle, WA 98134-2425
49812962   Rosella's,    P.O. Box 24343,    Seattle, WA 98124-0343
49864025   Salvador Martinez,    9049 16 Ih Ave SW #102,    Seattle, WA 98106
49864022  +Scott Shephero,    3630 #C Evanston Ave N,    Seattle, WA 98103-8513
49812963  +State of WA Department of Revenue,    P.O. Box 1619,    Bothell, WA 98041-1619
49812964  +Superior Linen Service,    1012 Center St.,    Tacoma, WA 98409-8094
49864030   The Stranger,    1535 1 Ilh Ave,    3dFloor,    Seattle, WA 98122
49864031  +Vector Marketing,    Hawaii Kai Executive Center,    6700 Kalanianaole Hwy,    Suite 103,
            Honolulu, HI 96825-1278
49812965   Volvo Car Finance,    P.O. Box 371395,    Pittsburgh, PA 15250-7395
49812966   Waste Management,    13225 NE 126' PL,    Kirkland, WA 98034

The following entities were served by electronic transmission on Sep 01, 2005 and receipt of the transmission
was confirmed on:
49812927    EDI: AMEREXPR.COM Sep 01 2005 04:17:00      American Express,    P.O. Box 0001,
             Los Angeles, CA 90096-0001
49812929    EDI: BANKAMER2.COM Sep 01 2005 04:17:00      Bank of America,    P.O. Box 2463,
             Spokane, WA 99210-2463
49812931    EDI: BANKAMER.COM Sep 01 2005 04:17:00      Bank of America,    P.O. Box 3977,
             Seattle, WA 98124-2477
49812930   +EDI: BANKAMER.COM Sep 01 2005 04:17:00      Bank of America,    P.O. Box 53132,
             Phoenix, AZ 85072-3132
49812934    EDI: CHASE.COM Sep 01 2005 04:17:00      Chase,    P.O. Box 52095,    Phoenix, AZ 85072-2095
49812935    EDI: FIRSTUSA.COM Sep 01 2005 04:17:00      Chase (Bank One),    P.O. Box 9001950,
             Louisville, KY 40290-1950
49812937    EDI: CITICORP.COM Sep 01 2005 04:17:00      Citi,    P.O. Box 6402,    The Lakes, NV 88901-6402
49812944    EDI: DISCOVER.COM Sep 01 2005 04:17:00      Discover,    P.O. Box 30395,
             Salt Lake City, UT 84130-0395
49812943   +EDI: ESSL.COM Sep 01 2005 04:17:00      Dish Network,    P.O. Box 7203,    Pasadena, CA 91109-7303
49812948    EDI: TSYS.COM Sep 01 2005 04:17:00      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
49812953    EDI: TSYS2.COM Sep 01 2005 04:17:00      Macy's,    P.O. Box 4584,    Carol Strm, IL 60197-4584
49812954    EDI: CHRYSLER.COM Sep 01 2005 04:17:00      Mercedes Benz Credit,    P.O. Box 9001921,
             Louisville, KY 40290-1921
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2005**               **Signature:**      _Joseph Speetjens_